In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00016-CV
_____


IN THE INTEREST OF T.E.R.

___

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-202,920-C**

___

**MEMORANDUM OPINION**

On February 20, 2014, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. On March 13, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the

appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered May 1, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.